**STATE of Missouri, Respondent,**

v.

**Dennis Michael CONLIN, Jr., Appellant.**

**No. ED 104449**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 3, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 13, 2017

Appeal from the Circuit Court of St. Charles County, 1511-CR01985-01, Honorable Jon A. Cunningham, Judge

FOR APPELLANT: Jedd C. Schneider, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Robert Jefferson Bartholomew, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

## ORDER

PER CURIAM.

Dennis Michael Conlin, Jr. appeals the judgment, entered after a bench trial, convicting him of attempted kidnapping, attempted first-degree sexual abuse, and third-degree assault. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).